UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID HENDERSON
Plaintiff 4635 Atlas #8
El Paso, Texas 79904 (915) 759-9273
v.

CONDOLEEZZA RICE
SECRETARY OF STATE
2501 "C" ST NW
Washington, DC 20[520]
Defendant

FILED
FEB - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JURY ACTION

CASE NUMBER  1:06CV00233
JUDGE: Royce C. Lamberth
DECK TYPE: Administrative Agency R
DATE STAMP: 02/09/2006

RECEIVED
JAN 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REQUEST FOR RETIREMENT
BENEFITS - FEDERAL GOVERNMENT

Plaintiff is a former US State Department Foreign Service officer 1969-1981 who was so emotionally damaged when he was forced off the payroll on February 28, 1981 that he was mentally incompetent. Plaintiff attempted to get the forms to apply for medical retirement in 1

2

April 1981 but a secretary in the Medical office refused to mail them to him on the instructions of Grievance staff attorney Rowan Gaither. In December of 1980 Gaither had seized the results of a psychiatric examination showing that plaintiff was seriously emotionally damaged after being thrown out of his post in Asuncion, Paraguay.

Plaintiff filed an action in US District Court in El Paso, Texas in October 1994 asking for retroactive retirement. In December, 2005

3.

the complaint was dismissed without a hearing or giving plaintiff a chance to discovery.

During the course of the case defendant and her cousel hid the existence of key information from the court. Key among these is a 1977 finding by Bethesda psychiatrist Dr. Larry Kline that plaintiff had a serious case of schizophrenia and needed six years of intensive clinical care. Plaintiff was not able to

4

obtain the record during the case as the DC area Psychiatric Association, refused to give plaintiff Dr. Kline's address or phone number on the grounds that Dr. Kline had a stroke two years previous.

Also hidden or destroyed were medical records from the US Embassy in Asuncion and defendant's medical office indicating serious mental impairment.

Since the December 19 2005 decision of the El Paso District Court

was not a decision on the merits, plaintiff respectfully requests the court to give him a chance to present his case <u>de novo</u>.

In defending plaintiff's previous case the defendant cited a series of lawsuits plaintiff has filed since 1992 as evidence that plaintiff was mentally competent. An examination of the record proves just the opposite. Plaintiff's 1992 complaint in this court filed in February 1992 consisted of a one sentence

requests that the be put back on defendant's payroll. Plaintiff was too depressed to write anything else. Plaintiff's further pleadings in the case showed similar mental disfunction and it was dismissed without a hearing in June 1992.

In April 1994 plaintiff filed a case against the Texas Department of Commerce in US District Court in Austin, Texas complaining he had not been hired due to slander-

Defendant's attorney Assistant US District Attorney Eduard Castillo entered most of the case record into the record as proof that plaintiff was mentally competent. However, defendant's regulations state that a claimant for medical retirement has one year after regaining competency to file a claim. Plaintiff in administrative claim form in 1995 and two times subsequently which were ignored. The third

-8-
submission ended up in the hands of former grievance staff attorney Roman Gaither who was now sitting incongruously in the Criminal Division of defendants Legal Advisors office.

In opposing plaintiffs 1994 lawsuit, it is significant that the government argued <u>laches</u> and not a statute of limitations.

Plaintiff waited until October 2004 to file his lawsuit as he hoped the malfeasants in

defendant's offices would be retired. Key among those was medical officer Marjorie Shelton who was responsible for a non-responsive 1995 Privacy Act request for his medical records.

Plaintiff respectfully requests court to grant him retroactive medical retirement from March 1, 1981, with back payment compounded at ten percent annual interest.

Plaintiff requests a jury trial.

Respectfully submitted,

David Henderson
4635 Atlas #8
El Paso, TX 79904
(915) 759-9273