**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of _____Columbia_____

TO:
Condoleezza Rice, Sec. of State
2501 C. St., NW
Washington, D.C. 20029

Civil Action, File Number ___CA-06-0233 RCL___

David Henderson
V.
Condoleezza Rice

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ [purpose]. Keep copy 3 for your records.

[ACKN]OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [o]ther entity, you must indicate under your signature your relationship to that entity. If [a]uthorized to receive process, you must indicate under your signature your authority.

[copy] 2 of this form to the sender within ___ days, you (or the party on whose behalf you [in]curred in serving a summons and complaint in any other manner permitted by law.

[If] this form, you (or the party on whose behalf you are being served) must answer the [complaint] were sent. If you fail to do so, judgment by default will be taken against you for the [relief demanded].

[N]otice and Acknowledgment of Receipt of Summons and Complaint By Mail was [mailed]

_____
Signature (USMS Official)

OF RECEIPT OF SUMMONS AND COMPLAINT

[I recei]ved a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

RECEIVED
APR 3 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense