UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DAVID HENDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:   06-0233 (RCL)** |
| | ) | |
| **CONDOLEEZA RICE,** | ) | |
| **Secretary, U.S. Department of State** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant

United States Attorney Megan Rose as counsel for defendant in the above-captioned case.


Respectfully submitted,


_____

MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E-4220
Washington, D.C.  20530
(202) 514-7220

Dated:  May 12, 2006

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing **Praecipe** was served upon plaintiff by depositing a copy of it

in the U.S. Mail, first class postage prepaid, addressed to:

**David Henderson
4635 Atlas #8
El Paso, Texas 79904**

on this  12th  day of May, 2006.


_____

MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530