UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID HENDERSON,** )<br>)<br>    **Plaintiff,** )<br>)<br>v.            )<br>)<br>**CONDOLEEZA RICE,** )<br>    Secretary, U.S. Department of State )<br>)<br>    **Defendant.** )<br>_____) | Civil Action No.:  06-0233 (RCL) |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant Condoleeza Rice, Secretary of the U.S. Department of State, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to Plaintiff's Complaint. Defendant requests that the deadline for responding to this Complaint be extended approximately one month, from May 15 to June 19, 2006. This is Defendant's first request for an enlargement of time, and no scheduling or case management order has been entered in this case. Counsel for Defendant attempted to contact Plaintiff, *pro se*, but was unable to reach him.[1]

This enlargement of time is sought because additional time is needed for counsel for Defendant to confer with agency counsel and obtain critical information about the circumstances of this case. Plaintiff, *pro se*, filed this action in the District of Columbia, seeking retirement benefits. Counsel for Defendant has coordinated with agency counsel and anticipates filing a dispositive motion in this case. However, counsel has been unable to obtain all of the necessary information, including the administrative record, prior to the current deadline. Additionally,

---

[1] The telephone number provided by Plaintiff is not a working number.

counsel for Defendant has been out of the office this week caring for an ill family member. Therefore, counsel for Defendant now seeks this additional time in order to confer with agency counsel and formulate Defendant's response.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including June 19, 2006.

Dated: May 12, 2006.

        Respectfully submitted,

        /s/
        KENNETH L. WAINSTEIN, D.C. BAR # 451058
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        /s/
        MEGAN L. ROSE, N.C. Bar # 28639
        Assistant United States Attorney
        555 4th Street, N.W. - Civil Division
        Washington, D.C. 20530
        (202) 514-7220

**CERTIFICATE OF SERVICE**

     I certify that the foregoing **Motion for Enlargement of Time** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> **David Henderson**
> **4635 Atlas #8**
> **El Paso, Texas 79904**

on this 12th day of May, 2006.

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530