UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID HENDERSON,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CONDOLEEZA RICE,** )<br>Secretary, U.S. Department of State )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 06-0233 (RCL) |

## ORDER

UPON CONSIDERATION of the defendant's initial motion for enlargement of time and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that the defendant's motion is hereby GRANTED, and that defendant shall have through and including June 19, 2006 to answer or otherwise respond to the complaint.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE