IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

David Henderson

Plaintiff

v.

Condoleezza Rice

defendant

Civil Action No.
1:06-cv-00233-RCL

RECEIVED
MAY 15 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S MOTION FOR
A SUMMARY JUDGEMENT

Summons were issued as the Defendant and the US Attorneys on March 8, 2006. Plaintiff has had no communication from either. Plaintiff therefore moves for a summary Judgement under

2

the Federal Rules of Civil Procedure as 60 days have passed.

Respectfully submitted

/s/

David Henderson
PO Box 23004
El Paso, TX 79923
(915) 759-0751
new address and
phone number