UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID HENDERSON

Plaintiff

v.                                Civil Action No.
                                  06-0233 (RCL)

CONDOLEEZA RICE

Secretary of State

PLAINTIFF'S CHANGE OF ADDRESS

Plaintiff's new address is Post Office Box 23004, El Paso, TX 79923, phone (915) 759-0751.

Respectfully submitted,

[signature]

David Henderson, pro se
PO Box 23004
El Paso, TX 79923
(915) 795-0751

RECEIVED
MAY 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

2

I hereby certify that on this ____ day of May, 2006 I served copy of Plaintiff's Change of Address on Megan Rose, Asst. US Attorney, Civil Division, 555 4th St. N.W. Room E-4720, Washington, DC 20530.

David Henderson, pro se
PO Box 13004
El Paso, TX 79923