UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 06-0233 (RCL) |
| | ) | |
| CONDOLEEZA RICE, | ) | |
| Secretary, U.S. Department of State | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**FILED**

MAY 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

UPON CONSIDERATION of the defendant's initial motion for enlargement of time and

the entire record in this matter, and for good cause shown, it is this _____17th_____ day of

_____May_____, 2006,

ORDERED that the defendant's motion is hereby GRANTED, and that defendant shall

have through and including June 19, 2006 to answer or otherwise respond to the complaint.

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE