UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID HENDERSON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CONDOLEEZA RICE,** )<br>Secretary, U.S. Department of State )<br>)<br>**Defendant.** )<br>_____) | Civil Action No.:  06-0233 (RCL) |

<u>DEFENDANT'S PROTECTIVE CONSENT MOTION FOR ENLARGEMENT OF TIME</u>

Defendant Condoleeza Rice, Secretary of the U.S. Department of State, by and through undersigned counsel, respectfully files this protective motion for enlargement of time pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to respond to Plaintiff's Motion For Summary Judgment. Defendant requests that the deadline for responding to Plaintiff's motion be extended until June 19, 2006, the deadline currently set for Defendant's answer to Plaintiff's complaint. Counsel for Defendant contacted Plaintiff, *pro se*, who graciously consented to this motion.

This protective enlargement of time is sought because Plaintiff, *pro se*, filed a motion for summary judgment on May 15, 2006, apparently on the grounds that Defendant had not yet answered Plaintiff's complaint. <u>See</u> Docket Entry No. 8. However, Defendant filed a motion for enlargement of time until June 19, 2006, and the Court granted Defendant's motion. <u>See</u> Docket Entries No. 7, 10, 11. Accordingly, to the extent that Plaintiff's motion has been entered on the docket as a "motion for summary judgment," Defendant files this protective motion for enlargement of time in order to clarify that Defendant will respond to Plaintiff's motion (and Plaintiff's complaint) on June 19, 2006, the date currently set by the Court.

This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for responding to Plaintiff's motion be extended to and including June 19, 2006.

Dated: May 30, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
555 4th Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Protective Motion for Enlargement of Time** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>   **David Henderson**
>   **P.O. Box 23004**
>   **El Paso, Texas 79923**

on this 30th day of May, 2006.

>   _____
>   MEGAN ROSE
>   Assistant United States Attorney
>   Judiciary Center Building
>   Civil Division
>   555 4th Street, NW
>   Washington, D.C. 20530