UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DAVID HENDERSON,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.:  06-0233 (RCL) |
| **CONDOLEEZA RICE,** Secretary, U.S. Department of State | ) ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

UPON CONSIDERATION of the defendant's protective motion for enlargement of time and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that the defendant's motion is hereby GRANTED, and that defendant shall have through and including June 19, 2006 to respond to Plaintiff's motion.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE