UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID HENDERSON,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-233 (RCL) |
| **CONDOLEEZZA RICE,** Secretary, U.S. Department of State, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the defendant's protective motion [12] for enlargement of time and the entire record in this matter, and for good cause shown, it is hereby

ORDERED that the defendant's motion [12] is GRANTED; it is further

ORDERED that defendant shall have through and including June 19, 2006 to respond to plaintiff's motion.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on May 30, 2006.