CLOSED

# U.S. District Court [LIVE]
# Western District of Texas (El Paso)
# CIVIL DOCKET FOR CASE #: 3:04-cv-00461-DB

Henderson v. Rice
Assigned to: Judge David Briones
Demand: $0
Cause: 28:1346 Tort Claim

Date Filed: 12/14/2004
Jury Demand: Plaintiff
Nature of Suit: 330 Federal Employer's Liability
Jurisdiction: U.S. Government Defendant

**Plaintiff**

David E. Henderson    represented by    David E. Henderson
P.O. Box 23004
El Paso, TX 79923
Fax: 915/578-6077
PRO SE

V.

**Defendant**

Condolezza Rice
*Secretary of State, U.S. Department of State*

represented by    Eduardo R. Castillo
Assistant United States Attorney
700 East San Antonio
El Paso, TX 79901
(915) 534-6884
Fax: 915/534-6640
Email: eddie.castillo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2004 | | Case assigned to Judge Kathleen Cardone (em) (Entered: 12/14/2004) |
| 12/13/2004 | 1 | Motion by David E. Henderson to proceed in forma pauperis in re: Tort (em) (Entered: 12/14/2004) |
| 12/14/2004 | | Motion referred : referred motion to proceed in forma pauperis [1-1] to Honorable Richard P. Mesa (aq) (Entered: 12/14/2004) |
| 12/14/2004 | 2 | Order granting motion to proceed in forma pauperis [1-1] signed by Honorable Richard P. Mesa (aq) (Entered: 12/14/2004) |
| 12/14/2004 | 3 | Complaint filed. (aq) (Entered: 12/15/2004) |
| 05/10/2005 | 4 | Order transferring case to the docket of the Honorable David Briones |

| | | |
|---|---|---|
| | | signed by Judge Kathleen Cardone (aq) (Entered: 05/10/2005) |
| 05/10/2005 | | Case reassigned from Judge Kathleen Cardone to Judge David Briones (aq) (Entered: 05/10/2005) |
| 07/11/2005 | 5 | Order that plaintiff shall have thirty (30) days from date of this order to perfect service of process. Should plaintiff not comply, case to be dismissed pursuant to rule 4 of FRCP signed by Judge David Briones (rc) (Entered: 07/11/2005) |
| 07/19/2005 | 6 | Response by David E. Henderson to order [5-1] (rc) (Entered: 07/20/2005) |
| 07/22/2005 | 7 | Order for service signed by Judge David Briones (rc) (Entered: 07/25/2005) |
| 08/03/2005 | | Summons issued for Condolezza Rice (rc) (Entered: 08/03/2005) |
| 08/08/2005 | | Acknowledgement of service as to Condolezza Rice 8/5/05 (em) (Entered: 10/04/2005) |
| 08/12/2005 | | Acknowledgment of receipt of summons svc. by Attorney General of the U.S. (rc) (Entered: 08/22/2005) |
| 09/28/2005 | 8 | Motion by Condolezza Rice to dismiss (rc) (Entered: 09/29/2005) |
| 10/24/2005 | 9 | Order granting motion to dismiss [8-1] signed by Judge David Briones (rc) (Entered: 10/24/2005) |
| 10/24/2005 | | Case closed (rc) (Entered: 10/24/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/18/2006 15:43:46 | | | |
| PACER Login: | ux1944 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:04-cv-00461-DB |
| Billable Pages: | 1 | Cost: | 0.08 |