IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DAVID E. HENDERSON,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | EP-04-CA-461-DB |
| | § | |
| CONDOLEEZA RICE, Secretary<br>of State, U.S. Department of State,<br>Defendant. | §<br>§<br>§ | |

## ORDER

On this day, the Court considered a "Motion To Dismiss," filed on September 28, 2005, by Defendant Condoleeza Rice, Secretary of State, U.S. Department of State. On October 21, 2005, Plaintiff David E. Henderson notified the Court telephonically that he does not intend to respond to Defendant's instant Motion. Because Plaintiff has expressed no opposition Defendant's instant Motion, the Court is of the opinion that it should be granted.

Accordingly, **IT IS HEREBY ORDERED** that Defendant Condoleeza Rice's "Motion To Dismiss" is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff David E. Henderson's claims against Condoleeza Rice, Secretary of State, U.S. Department of State, are **DISMISSED WITH PREJUDICE**.

**IT IS FINALLY ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**.

**SIGNED** this **24th** day of **October, 2005.**

_____
**THE HONORABLE DAVID BRIONES
UNITED STATES DISTRICT JUDGE**