UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID E. HENDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.:  06-0233 (RCL) |
| | ) |
| CONDOLEEZA RICE, Secretary of State, | ) |
| U.S. Department of State, | ) |
| Defendant. | ) |
| | ) |

## ORDER

This matter having come before the Court on Defendant's Motion to Dismiss, the memoranda in support and opposition, and the entire record in this case, it is this _____ day of _____ hereby

ORDERED that Defendant's Motion _____ is hereby GRANTED; and it is

FURTHER ORDERED that plaintiff's claims are hereby DISMISSED in their entirety, with prejudice.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE