UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLOMBIA

David Henderson

    Plaintiff

v.

Condoleeza Rice, Secretary of State

    Defendant

Civil Action No. 06-233 (RCL)

PLAINTIFF'S MEDICAL RECORDS

Enclosed is a report from psychiatrist Abraham Katz dated March 3, 1997 in which he states that plaintiff's condition "is that of a chronic nature, and he was most probably

RECEIVED
JUN 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

experiencing this mental and emotional illness since the time when he lost his job in 1991". Enclosed is a report dated July 29, 1996 from psychiatrist Manuel Ramirez saying the same thing. Enclosed is a letter dated December 13, 2004 from Dr. Raul Ramirez saying plaintiff's illness continues. These documents were not available when

3

plaintiff filed his complaint in the US District Court in El Paso, dismissed in December 2005.

plaintiff did not become partially mentally competent until August 30, 1994 when he filed his application for medical retirement.

Respectfully submitted

*[signature]*

David Henderson
PO Box 3584
El Paso, TX 79923
(915) 759-9273

attachments: as

CERTIFICATE OF SERVICE

I certify that I mailed the above PLAINTIFFS MEDICAL RECORDS to Megan Rose, Asst. US Attorney, Civil Division 555 4th St NW, Washington, DC 20530 this 16th day of June, 2006.

DAVID HENDERSON
PO Box 23034
El Paso, TX 79923

# EL PASO PSYCHIATRIC CENTER

```
OUT PATIENT O-000934
HENDERSON, DAVID
KATZ, ABRAHAM  MD
DOB:102346  50M   MCR/MCD
DOS:120596  TIME:1500
```

## PROGRESS RECORD

| DATE AND TIME | ALL ENTRIES MUST BE DATED, TIMED, IDENTIFIED BY DISCIPLINE, AND SIGNED |
|---|---|
| | March 3rd, 1997 |
| | To whom it may concern: |
| | This is to certify that Mr. David Henderson, is under my medical care, he is diagnosed with a Schizoaffective disorder, with severe and recurrent episodes of depression, and a personality c̄ paranoid and obsessive compulsive traits. His condition is that of a chronic nature, and he was most probably experiencing this mental and emotional illness, since the time when he lost his job in 1981. His past psychiatric history reveals he has been under psychiatric care since 1971-72 and by the time he was terminated from his job, he was most probably already disabled |

EPPC-007
2-97

SIDE 1

# EL PASO PSYCHIATRIC CENTER

## PROGRESS RECORD

| DATE AND TIME | ALL ENTRIES MUST BE DATED, TIMED, IDENTIFIED BY DISCIPLINE, AND SIGNED |
|---|---|
| | THIS LETTER IS WRITTEN ON MR. HENDERSON'S REQUEST, AND FOR THE PURPOSE TO HELP HIM WITH HIS DISABILITY APPLICATION. *[signature]* |

RECEIVED
JUN 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EPPC-007
2-97

SIDE 2

PSYCHOLOGIST'S

| FORM JF-32b 11-68 | PHYSICIAN'S STATEMENT IN CONNECTION WITH DISABILITY RETIREMENT FOREIGN SERVICE RETIREMENT SYSTEM |
|---|---|

## PART A.—TO BE COMPLETED BY APPLICANT

### INSTRUCTIONS

Complete Part A and give this form to your physician. He should complete Part B, and mail it to the address in Item 4, Part A.

**1. PRINT OR TYPE FULL NAME (Last, First, Middle)**
Henderson, David E //75

**2. DATE OF BIRTH (Month, Day, Year)**
10-23-46

**3. I HEREBY GIVE MY PERMISSION FOR YOUR RELEASE TO THE DEPARTMENT OF STATE OR THE U.S. INFORMATION AGENCY OF ANY OR ALL INFORMATION OR RECORDS CONNECTED WITH MY ILLNESS.**

SIGNATURE: [signature]

ADDRESS (Including ZIP Code): POB 23804 El Paso, TX 79923

DATE: 7/8/1996

**4. ADDRESS TO WHICH PHYSICIAN SENDS STATEMENT**

Medical Director
Department of State
Washington, D.C. 20520

## PART B. - TO BE COMPLETED BY PRIVATE PHYSICIAN

### INSTRUCTIONS

1. Report in detail the clinical symptoms and findings upon which your diagnosis and conclusions are based. A complete and objective report may permit a decision on the claim for disability without need for further examination and inconvenience to the applicant.
2. Send the completed form to the office named by the applicant in Item 4, Part A.
3. Please enclose your report in a sealed inner envelope marked with the name of the applicant and the words "Disability Retirement—Privileged—Medical Information."

### PSYCHOLOGICAL ~~MEDICAL~~ HISTORY

**1. HOW LONG HAS EMPLOYEE BEEN UNDER YOUR PROFESSIONAL CARE FOR THE INDICATED DISABILITY? (Give dates)**
10/94 — 2/95

**2. WHEN DID YOU LAST SEE THE EMPLOYEE FOR EXAMINATION OR TREATMENT? (Give Dates)**
2/22/95

**3. IF EMPLOYEE IS CURRENTLY HOSPITALIZED OR HAS BEEN HOSPITALIZED RECENTLY, PLEASE FURNISH:**

| NAME AND ADDRESS (INCLUDING ZIP CODE) OF HOSPITAL OR OTHER MEDICAL FACILITY | DATE OF ADMISSION | DATE OF DISCHARGE |
|---|---|---|
| PRIVATE PRACTICE OFFICE 706 WEST MLK Jr. Blvd. Suite #8 AUSTIN, TX. 78701 | No hospitalization | |

**4. DESCRIBE FULLY THE ONSET OF DISABILITY, PROGRESSION, AND CURRENT SYMPTOMS**

I first saw this client on 5/19/93. At that time I did a short psychological evaluation (WAIS-R, WRAT-R2 and clinical interview) for assessment of eligibility for Social Security disability benefits. I diagnosed him as Major Depression, Recurrent with Psychotic features and as Personality Disorder NOS with Paranoid, Schizoid and Antisocial features. I also reported that there was evidence in the test findings of brain damage.

On 10/10/94 he was referred by Frank Donaldson, VRC of the Texas Rehabilitation Commission for fifteen sessions of psychotherapy. I terminated sessions with him on 2/22/95. During the course of treatment I referred him for a psychiatric evaluation to Wylie Jordan, M.D. Dr. Jordan diagnosed him as Delusional Disorder and prescribed Mellaril for Mr. Henderson.

PHYSICIAN: PLEASE COMPLETE OTHER SIDE OF THIS STATEMENT ALSO

## DIAGNOSIS

During the course of treatment which consisted of combined cognitive-behavioral-dynamic psychotherapy approaches the client would make slight progress and then regress (paranoid delusions and depression). When treatment was concluded the client had reestablished relationships with his siblings and had secured a job in El Paso, Texas. He moved to El Paso.

## CONCLUSIONS

NOTE: Under the Foreign Service Retirement System the term disability means disabled for useful and efficient service by reason of disease or injury not due to vicious habits, intemperance, or willful misconduct.

| 1. DATE DISABILITY BEGAN? | 2. HOW LONG IS DISABILITY EXPECTED TO LAST? | 3. IS DISABILITY DUE TO VICIOUS HABITS, INTEMPERANCE OR WILLFUL MISCONDUCT? |
|---|---|---|
| Unknown. He was disabled when I evaluated him on 5/17/93. | The client's condition is likely to be chronic. | ☐ YES  ☒ NO |

PSYCHOLOGIST'S ~~PHYSICIAN'S~~ NAME AND ADDRESS

| 1. TYPE OR PRINT PHYSICIAN'S NAME | 2. PHYSICIAN'S SIGNATURE |
|---|---|
| MANUEL RAMIREZ III, Ph.D. | Manuel Ramirez, PhD |
| 3. PHYSICIAN'S ADDRESS (INCLUDING ZIP CODE) | 4. DATE |
| 706 WEST MLK Jr. Blvd. Suite #8, Austin, TX. 78701 | 7/29/96 |

**J. Raul Jimenez, M.D., P.A.**
Psychiatric Medicine

Diplomate of the American Board of Psychiatry and Neurology          with Added Qualifications in Geriatric Psychiatry

December 13, 2004

RE:  David Henderson
DOB: 10/23/1946

Dear Sirs:

This is to inform you that Mr. David Henderson has been my patient since November 7, 1995 and we have been seeing him under a diagnosis of Major Depressive Disorder and Delusional Disorder, plus Panic Disorder who has been having remissions and exacerbations throughout the year. The patient, most recently, has been followed at the VA Clinic because he cannot afford treatment in the private sector. He continues to be dysfunctional and having difficulty performing his usual activities, in spite of being compliant with his medication.

Any considerations given to my patient would be greatly appreciated. If further information is needed, please do not hesitate to contact me.

Sincerely,

J. Raul Jimenez, M.D.

JRJ/am

2311 North Mesa, Building I • Medical Arts Plaza • (915) 544-0600 • Fax (915) 544-5374 • El Paso, Texas 79902