UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID C. HENDERSON

Plaintiff

v.                                            Civil Action No.
                                              06-0233 (RCL)

CONDOLEEZZA RICE
Secretary of State

Defendant

RECEIVED
JUL 3 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S OPPOSITION TO MOTION

Plaintiff's medical records establish that he was mentally incapacitated at the time he was terminated on February 28, 1981. Within a month plaintiff attempted to file an Application for Medical

2

Retirement but was denied the form. The denial was accompanied by a death threat by Grievance staff attorney Rowan Gaither.

By August 30, 1994 plaintiff had regained enough mental capacity to file his application, which he did three times. Plaintiff never received a response and did not know he should file an appeal to the Foreign Service Grievance Board.

3

Laches is an equitable defense that requires defendant to have clean hands. Here the defendant hid the fact of his 8/30/994 application from the El Paso District Court and never raised the issue of exhaustion of administrative remedies. Since that issue was not before the El Paso court the issue is not <u>res judicata</u> as to the Foreign service Grievance Board attachment: Application for Retirement.

4)

Respectfully submitted,

David E. Henderson Rose
PO BOX 2004
El Paso, TX 79923
(915) 759-0751

CERTIFICATE of SERVICE

I certify that on June 29th 2006 a copy of the foregoing Plaintiffs opposition to Motion as mailed to Megan L. Rose, Asst US Attorney, Judiciary Center Bldg, 555 4th St. NW Washington DC 20531

David E Henderson Rose

(4)

# APPLICATION FOR RETIREMENT
## FOREIGN SERVICE RETIREMENT AND DISABILITY SYSTEM

To avoid delay   1. Read information carefully   2. Complete application in full.   3. Use typewriter or print in ink.

### A. PERSONAL INFORMATION

| 1. NAME (Last, first, middle)<br>MR □   MISS □<br>MRS □   MS □<br>Henderson, David Ellis | 2. DATE OF BIRTH (Month, day, year)<br>10/23/1946 | 3. SOCIAL SECURITY NUMBER<br>354-38-95 |
|---|---|---|
| 4. CURRENT ADDRESS (Number, street, city, state, and ZIP Code)<br>P.O. Box 684692  8268<br>Austin TX | 5. LIST ALL OTHER NAMES USED<br>— | |

| 6. (A) ARE YOU MARRIED?<br>□ YES  ☒ NO | 6. (B) IF "YES," GIVE THE FOLLOWING INFORMATION: | | | |
|---|---|---|---|---|
| | SPOUSE'S NAME | SPOUSE'S BIRTHDATE (Month, day, year) | DATE OF MARRIAGE (Month, day, year) | PLACE OF MARRIAGE (City and State) |
| 6. (C) HAVE YOU BEEN DIVORCED?<br>□ YES  ☒ NO | 6. (D) IF "YES," LIST EACH DIVORCE/SPOUSE. IF NECESSARY, ATTACH SEPARATE SHEET. | | | |
| | FORMER SPOUSE'S NAME | | DATE OF MARRIAGE (Month, day, year) | DATE OF DIVORCE (Month, day, year) |

FORMER SPOUSE'S CURRENT ADDRESS (Number, street, city, state, and ZIP Code)

If divorced after 2/14/81, your former spouse may have pension and/or survivor benefit rights under Sections 814 (a) or (b) of the Foreign Service Act of 1980. If you were married to the spouse for 10 years or more during your creditable service. Regardless of date of divorce or length of marriage, a previous spouse may, by court approved decreed settlement, have a share of your annuity under Section 820(b)(2) of the Act. If there is a court order or spousal agreement such document should be attached to application. Copies of the section of the law are available in the Retirement Division, Department of State.

### B. RETIREMENT INFORMATION

| 1. DATE OF FINAL SEPARATION (Month, day, year)<br>2/28/1987 | 2. AGENCY FROM WHICH RETIRED AND GRADE<br>State FSO-6 | 3. APPROXIMATE NUMBER OF YEARS OF CIVILIAN SERVICE<br>12 |
|---|---|---|

4. NATURE OF RETIREMENT (Check only one)

☐ VOLUNTARY. An immediate annuity is payable to an employee if he/she is 50 years of age or older and has 20 years or more of creditable service, 5 of which must be civilian.

☐ MANDATORY (AGE). At age 65 or older with at least 5 years creditable civilian service. An immediate annuity is payable the employee.

☐ INVOLUNTARY SEPARATION. Selection out with an immediate annuity payable in accordance with Section 609 of the Foreign Service Act of 1980. Do not complete this block if eligible for a deferred annuity at age 60. See next item.

☐ DISCONTINUED SERVICE RETIREMENT. Deferred annuity upon attainment of age 60. The annuity is payable on the former participant's 60th birthday. If the participant is over age 60 at time of separation, the annuity will commence the date following separation. The participant must have at least 5 years of creditable civilian service.
NOTE: If separated prior to 10/16/60, annuity commences on the first day of the month after age 62.

☒ DISABILITY. An immediate annuity is payable to a participant if: (a) completed at least 5 years of creditable civilian service and, (b) becomes totally disabled or incapacitated for useful and efficient service by reason of disease, illness, or injury not due to vicious habits, intemperance, or willful misconduct. Please briefly describe your disability, state when it occurred, and if you are an active employee, how the disability interfers with the performance of your duties. (Attach sheets if additional space is required.)

## C. MILITARY SERVICE

Complete the section below if you have performed active duty that terminated under honorable conditions in any of the following services: (a) Army, Navy, Marine Corps, Air Force, Coast Guard of the United States; or (b) regular corps or reserve corps of the Public Health Service after June 30, 1960; or (c) as a commissioned officer of the Coast and Geodetic Survey after June 31, 1961. All military service will be used in the computation of annuity unless prohibited, or waived by applicant.

### SECTION I. MILITARY SERVICE INFORMATION

| BRANCH OF SERVICE | SERIAL NUMBER | DATES OF ACTIVE DUTY FROM | DATES OF ACTIVE DUTY TO | LAST GRADE OR RANK | ORGANIZATION AT DISCHARGE |
|---|---|---|---|---|---|
| Army | ER179315 | 8/30/68 | 2/17/69 | E-3 | Fort Lee |

### SECTION II. MILITARY RETIRED PAY

Complete this section if you are receiving or have applied for military retired pay.

a. ARE YOU RECEIVING OR HAVE YOU EVER APPLIED FOR MILITARY RETIRED OR RETAINER PAY? ☐ YES ☐ NO

b. HAVE YOU WAIVED ALL OR PART OF YOUR MILITARY RETIRED OR RETAINER PAY IN ORDER TO RECEIVE A PENSION OR COMPENSATION FROM THE VA? ☐ YES ☐ NO

c. WAS YOUR MILITARY RETIRED OR RETAINER PAY AWARDED FOR RESERVE SERVICE UNDER 10 USC 67? ☐ YES (Attach a copy of notice of award) ☐ NO

d. WAS YOUR MILITARY RETIRED OR RETAINER PAY AWARDED FOR A DISABILITY INCURRED IN COMBAT OR CAUSED BY AN INSTRUMENTALITY OF WAR? ☐ YES, Attach copy of military award. ☐ NO

e. ARE YOU WAIVING YOUR MILITARY RETIRED OR RETAINER PAY IN ORDER TO RECEIVE CREDIT FOR FOREIGN SERVICE RETIREMENT BENEFITS? ☐ YES, Attach a copy of your request for waiver and a copy of the military finance officer's acknowledgement or approval of your request for waiver. ☐ NO

## D. FEDERAL EMPLOYEES COMPENSATION INFORMATION

1. ARE YOU RECEIVING OR HAVE YOU EVER RECEIVED WORKERS COMPENSATION FROM THE OFFICE OF WORKERS' COMPENSATION PROGRAMS (OWCP) DEPARTMENT OF LABOR, BECAUSE OF JOB RELATED ILLNESS OR INJURY? ☐ YES (Complete 1a-c below.) ☒ NO (Go to question 2.)

a. COMPENSATION CLAIM NUMBER

b. BENEFIT RECEIVED
(1) FROM (Month, day, year)
(2) TO (Month, day, year)

c. TYPE OF BENEFIT → ☐ Scheduled Award. ☐ Total or Partial Disability Compensation.

2. IF YOU HAVE APPLIED FOR WORKERS' COMPENSATION (Other than as listed in item 1a above), BUT ARE NOT RECEIVING BENEFITS, CHECK REASON BELOW AND GIVE INFORMATION REQUESTED.

| a. AWAITING OWCP DECISION | b. CLAIM DENIED | |
|---|---|---|
| COMPENSATION CLAIM NUMBER | COMPENSATION CLAIM NUMBER | DATE CLAIM DENIED |

3. EXCEPT FOR SCHEDULED COMPENSATION AWARDS, WORKERS' COMPENSATION AND FOREIGN SERVICE RETIREMENT, BENEFITS CANNOT BE PAID FOR THE SAME PERIOD OF TIME. PLEASE COMPLETE THE INFORMATION BELOW REGARDING YOUR CLAIM

a. DO YOU AGREE TO NOTIFY US PROMPTLY IF THE STATUS OF WORKERS' COMPENSATION CLAIM CHANGES? ☐ YES ☐ NO

b. DO YOU AUTHORIZE THE DEPARTMENT OF STATE AND/OR THE OFFICE OF WORKERS' COMPENSATION PROGRAMS (OWCP) TO COLLECT ANY OVERPAYMENT IF WE LATER FIND YOU ARE INELIGIBLE FOR BOTH COMPENSATION AND ANNUITY PAYMENTS COVERING THE SAME PERIOD OF TIME? ☐ YES ☐ NO

## E. CERTIFICATION OF APPLICANT

WARNING: Any intentional false statement in this application or willful misrepresentation relative thereto is a violation of the law punishable by a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 USC 1001)

I hereby certify that all statements made in this application are true to the best of my knowledge and belief.

DATE: 8/30/1994

SIGNATURE OF APPLICANT: [signature]

## PRIVACY ACT STATEMENT

**AUTHORITY**

Subchapter 8 of Title 22, U.S.C. and Chapters 87 and 89 of Title 5, U.S.C. authorizes the Foreign Service Retirement and Disability System, the Federal Employees Health Benefits Program, and the Federal Employees Group Life Insurance Program.

**PURPOSES AND USES**

The primary purposes of the information solicited are to support enrollment, document an election not to enroll, and/or support a present or future claim for benefits under the Foreign Service Retirement and Disability System, the Federal Employees' Health Benefits Program, and/or the Federal Employees' Group Life Insurance Program. The information may be shared with a) other Federal agencies, b) national, state, county, municipal, or other publicly chartable or social security administration agencies, and c) private insurance carriers providing elected benefits. It will be shared only to the extent necessary to adjudicate a benefit or determine enrollment under the programs administered by such agencies.

**EFFECTS OF NONDISCLOSURE**

Provision of the information requested is voluntary; however, failure to supply all of the information may delay or prevent action on your, or your survivor's enrollment or claim for benefits.

**INFORMATION REGARDING DISCLOSURE OF YOUR SOCIAL SECURITY NUMBER UNDER PUBLIC LAW 93-579, SECTION 7(b).**

**IF APPLICABLE**

Disclosure by you of your Social Security Number (SSN) is mandatory to obtain the services, benefits, or processes that you are seeking. Solicitation of the SSN by the United States Department of State is authorized under provisions of Executive Order 9397, dated November 22, 1943. The SSN is used as an identifier throughout your Federal career from the time of application through retirement. It will be used primarily to identify your records that you file with the Department of State and other Federal agencies in connection with lawful requests for information about you from your former employers, educational institutions, and financial or other organizations. The information gathered through the use of the number will be used only as necessary in personnel administration processes carried out in accordance with established regulations and published notices of systems of records. The SSN also will be used for the selection of persons to be included in statistical studies of personnel management matters. The use of the SSN is made necessary because of the large number of present and former Federal employees and applicants who have identical names and birth dates, and whose identities can only be distinguished by the SSN.