IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT of COLUMBIA

David Henderson
        Plaintiff

        v.                          Civil Action NO.
                                    06-0233(RCL)

Condoleeza Rice, secretary of state
        Defendant.

PLAINTIFF's MOTION TO WITHDRAW

        Plaintiff respectfully requests
the Court to withdraw his
complaint without prejudice so
he can file an appeal with the
Foreign service Grievance Board.

                    Respectfully submitted,

                    [signature]

                    David Henderson, pro se
                    P. BOX 23004
                    El Paso, TX 79923

RECEIVED

JUL 3 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



CERTIFICATE OF SERVICE

I hereby ~~th~~ certify that on June 30, 2006 I mailed a copy of the above Motion to Withdraw to. Megan Rose, Asst US Attorney, Judiciary Center Bldg, Civil Division, 555 4th St NW Washington, DC 20530

David Henderson prose
PoBox 2004
El Paso, TX 79923
(915) 759-0751