UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID HENDERSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-233 (RCL) |
| CONDOLEEZZA RICE, Secretary of State, | ) |
| Defendant. | ) |

ORDER

Plaintiff, proceeding *pro se*, has moved for dismissal of the case without prejudice. Accordingly, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is

ORDERED that plaintiff's motion to withdraw complaint [19] is GRANTED.

The case is DISMISSED WITHOUT PREJUDICE.

_____/s_____
ROYCE C. LAMBERTH
United States District Court

DATE: July 11, 2006